UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED

SEP 19 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States of America,　　　　　)　　Case No. CR 17 – 458 EW
　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　)　　STIPULATED ORDER EXCLUDING
　　　　　　　　　　　　　　　　　)　　TIME UNDER THE SPEEDY TRIAL ACT
　　　　v.　　　　　　　　　　　　)
Anne Detzner + Ray Estrada　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　　　)

For the reason stated by the parties on the record on _9/19/17_, the Court excludes time under the Speedy Trial Act from _9/19/17_, to _10/17/17_, and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factors:

_____　Failure to grant a continuance would be likely to result in a miscarriage of justice.
　　　　*See* 18 U.S.C. § 3161(h)(7)(B)(I).

_____　The case is so unusual or so complex, due to *[circle applicable reasons]* the number of
　　　　defendants, the nature of the prosecution, or the existence of novel questions of fact
　　　　or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial
　　　　itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

_____　Failure to grant a continuance would deny the defendant reasonable time to obtain counsel,
　　　　taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

_____　Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given
　　　　counsel's other scheduled case commitments, taking into account the exercise of due diligence.
　　　　*See* 18 U.S.C. § 3161(h)(7)(B)(iv).

__✓__　Failure to grant a continuance would unreasonably deny the defendant the reasonable time
　　　　necessary for effective preparation, taking into account the exercise of due diligence.
　　　　*See* 18 U.S.C. § 3161(h)(7)(B)(iv).

_____　For the reasons stated on the record, it is further ordered that time is excluded under 18 U.S.C. §
　　　　3161(b) and waived with the consent of the defendant under Federal Rules of Criminal Procedure
　　　　5.1(c) and (d).

_____　For the reasons stated on the record, it is further ordered that time is excluded under 18 U.S.C. §
　　　　3161(h)(1)(E)(F) for delay resulting from removal/transport of the defendant to another district.

**IT IS SO ORDERED**.

DATED: _9/19/17_　9/19/17　　　　　　　　_Kandis Westmore_
　　　　　　　　　　　　　　　　　　　　　**Kandis A. Westmore**
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

STIPULATED: _____　　_____
　　　　　　　Attorney for Defendant　　　　　　Assistant United States Attorney